**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                     Civ. No. 14-912 SMV/KK

2011 CADILLAC CTS-VIN:1G6DV1EP9B0109545,
2008 LAMBORGHINI GALLARD SPYDER VIN:ZHWGU22T48LA05972,
2005 CADILLAC CTS VIN:1G6DP567950121618,

$10,278.30 IN FUNDS FROM BANK OF AMERICA CHECKING ACCT. #-0799,
$780.78 IN FUNDS FROM BANK OF AMERICA CHECKING ACCT. #-1683,

TAG HAUER WATCH,

    *Defendants,*

and

SABAH AL WASHAH,
AMJAD AL WASHAH,

    *Claimants.*

**FINAL JUDGMENT AND ORDER OF FORFEITURE *NUNC PRO TUNC***

    This matter, having come before the Court on Plaintiff's motion for Entry of Final Judgment and Order of Forfeiture, the court having read the motion and being fully advised in the premises, finds that the motion is well taken and will be granted.  The Court finds as follows:

    1.    On May 24, 2016, Claimant Sabah Al-Washah filed a Disclaimer, disclaiming any right, title or interest in the Defendant property. Doc. 20.

    2.    On June 10, 2016, the United States and Amjad Al-Washah entered into a Settlement Agreement and Release regarding 2011 Cadillac, in which the parties, agreed that the United States Marshals Service will sell the 2011 Cadillac CTS and distribute net sale proceeds up to $5,000 to Amjad Al-Washah if the sale generates sufficient net proceeds and that all net sale proceeds exceeding $5,000 will be forfeited to the United States.

3. No further claims or parties remain for adjudication, and this case is ripe for final disposition.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that the 2008 Lamborghini Gallard Spyder VIN:ZHWGU22T48LA05972, the 2005 Cadillac CTS VIN:1G6DP567950121618, $10,278.30 in Funds from Bank of America checking acct. #-0799, $780.78 in funds from Bank of America checking acct. #-1683 and the Tag Hauer Watch are forfeited to the United States and that all right, title and interest thereto is vested in the United States.

IT IS FURTHER ORDERED, ADJUGED AND DECREED the United States Marshal's Service, or its agents or designees, sell the 2011 Cadillac CTS VIN:1G6DV1EP9B0109545 and distribute net sale proceeds up to $5,000 to Amjad Al-Washah if the sale generates sufficient net proceeds. All net proceeds from the sale exceeding $5,000 are forfeited to the United States and all right, title and interest thereto is vested in the United States.

Each Party will bear its own costs and attorney's fees.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:                              APPROVED BY:

  *Electronically submitted 9/15/2016*          *Approved via email 9/15/2016*
STEPHEN R. KOTZ                            RYAN J. VILLA, ESQ.
Assistant U.S. Attorney                    Attorney for Claimant Amjad Al-Washah
P.O. Box 607                               2501 Rio Grnad Blvd NW, Suite A
Albuquerque, NM 87103                      Albuquerque, NM 87104
(505) 346-7274                             (505) 639-5709